UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case 15-15892 |
| | ) | Chapter 7 |
| DONALD G. OPHUS, | ) | Hon. Donald R. Cassling |
| | ) | |
| Debtor. | ) | |

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, hereby certify that on October 3, 2016, I electronically filed the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following individuals:

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, IL 60604
312-886-5785
USTPRegion11.ES.ECF@usdoj.gov

| | | |
|---|---|---|
| **Agostino Filippone** | representing | **Michael J. Hewitt** |
| Filippone Law | | 4278 N. Hazel St. #3E |
| 208 S. Jefferson St., Ste. 204 | | Chicago, IL 60613 |
| Chicago, IL 60661 | | |

and I hereby further certify that on October 3 2016, I caused to be sent by first class U.S. mail the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to the following non-registered individuals who have filed proofs of claims with the bankruptcy court by depositing envelopes in the mailboxes located at 70 W. Madison, Suite 3500, Chicago, IL 60602 before the hour of 5:00 p.m.:

| **James J. Hewitt** | **US Dept. of Education** | **Wells Fargo Cards Services** |
|---|---|---|
| 688 N. 18th Street | Claims Filing Unit | 1 Home Campus, 3rd Floor |
| Otsego, MI 49078 | PO Box 8973 | Des Moines, IA 50328 |
| | Madison, WI 53708-8973 | |

Dated: October 3, 2016

R. SCOTT ALSTERDA, not individually but as Chapter 7 Trustee for Donald G. Ophus, Debtor

/s/  R. Scott Alsterda
*One of his attorneys*

R. Scott Alsterda (# 3126771)
Nixon Peabody LLP
70 West Madison Street, Suite 3500
Chicago, Illinois 60602
(312) 977-9203 (Tel.)
(312) 977-4405 (Fax)
Email: rsalsterda@nixonpeabody.com

4837-9386-6296.1
075200-000001