# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HEWITT, MICHAEL J | § | Case No. 15-15892 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

R. SCOTT ALSTERDA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                              Assets Exempt: 13,900.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 67,328.15         Claims Discharged
                                                    Without Payment: 270,551.98

Total Expenses of Administration: 10,826.85

---

3) Total gross receipts of $ 79,731.15  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,576.15  (see **Exhibit 2**), yielded net receipts of $ 78,155.00  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 3,550.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 10,826.85 | 10,826.85 | 10,826.85 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 186,347.42 | 151,532.71 | 151,532.71 | 67,328.15 |
| **TOTAL DISBURSEMENTS** | $ 189,897.42 | $ 162,359.56 | $ 162,359.56 | $ 78,155.00 |

   4)  This case was originally filed under chapter 7 on  05/04/2015 .  The case was pending for 19 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  11/21/2016            By:/s/R. SCOTT ALSTERDA
                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Trust contingent on passing of James J. Hewitt ($7 | 1129-000 | 79,731.15 |
| **TOTAL GROSS RECEIPTS** | | **$79,731.15** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Michael J. Hewitt | Exemptions | 8100-000 | 1,576.15 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 1,576.15** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Phoenix Insurance Inc 316 SE Shawnee Bartlesville, OK 74003 | | 3,550.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 3,550.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA AS TRUSTEE | 2100-000 | NA | 7,157.75 | 7,157.75 | 7,157.75 |
| R. SCOTT ALSTERDA AS TRUSTEE | 2200-000 | NA | 12.60 | 12.60 | 12.60 |
| NIXON PEABODY LLP | 3110-000 | NA | 3,656.50 | 3,656.50 | 3,656.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 10,826.85 | $ 10,826.85 | $ 10,826.85 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Education Services (AES Credit) P.O. Box 61047 Harrisburg, PA 17106-1047 | | 10,300.00 | NA | NA | 0.00 |
| | Bank of America P.O. Box 15026 Wilmington, DE 19850 | | 15,000.00 | NA | NA | 0.00 |
| | Chase P.O. Box 36520 Louisville, KY 40233-6520 | | 9,700.00 | NA | NA | 0.00 |
| | Great Lakes PO Box 7860 Madison, WI 53707-7860 | | 132,447.42 | NA | NA | 0.00 |
| | Wells Fargo 7255 Baymeadows Way Jacksonville, FL 32256 | | 18,900.00 | NA | NA | 0.00 |
| 000001 | US DEPT OF EDUCATION | 7100-000 | NA | 131,984.71 | 131,984.71 | 58,642.69 |
| 000002 | WELLS FARGO CARD SERVICES | 7100-000 | NA | 19,548.00 | 19,548.00 | 8,685.46 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 186,347.42 | $ 151,532.71 | $ 151,532.71 | $ 67,328.15 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No.: | 15-15892  DRC  Judge: DONALD R. CASSLING | Trustee Name: | R. SCOTT ALSTERDA |
| --- | --- | --- | --- |
| Case Name: | HEWITT, MICHAEL J | Date Filed (f) or Converted (c): | 05/04/15 (f) |
| | | 341(a) Meeting Date: | 06/18/15 |
| For Period Ending: | 11/21/18 | Claims Bar Date: | 02/23/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PNC Checking ($68.09 - Does not include 2014 Tax R | 157.85 | 0.00 | | 0.00 | FA |
| 2. 2014 Tax Return. Mr. Hewitt receives total refund | 1,136.00 | 0.00 | | 0.00 | FA |
| 3. Air mattress and pump; 3 book cases 72 inches by 2 | 130.00 | 0.00 | | 0.00 | FA |
| 4. EDS/HP Pension Fund (Start disbursement at 60yrs: | Unknown | 0.00 | | 0.00 | FA |
| 5. Phoenix Whole Life Insurance ($7,500) | 7,500.00 | 0.00 | | 0.00 | FA |
| 6. Trust contingent on passing of James J. Hewitt ($7 | 75,000.00 | 79,731.15 | | 79,731.15 | FA |
| 7. 2004 Toyota Camry SE 4-cylinder, appraised by Nort | 2,750.00 | 0.00 | | 0.00 | FA |
| 8. 1 Windows XP Laptop (10 yrs old); Modem; Router; 2 | 650.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)     $87,323.85     $79,731.15     $79,731.15

Gross Value of Remaining Assets     $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is seeking to recover Debtor's inheritance interest in a life insurance policy from a probate estate. Trustee has recovered the Debtor's interest in a life insurance policy from a probate estate. Trustee will review claims and tax return requirements.

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

Ver: 19.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: 15-15892    DRC    Judge: DONALD R. CASSLING | Trustee Name: R. SCOTT ALSTERDA |
| Case Name: HEWITT, MICHAEL J | Date Filed (f) or Converted (c): 05/04/15 (f) |
| | 341(a) Meeting Date: 06/18/15 |
| | Claims Bar Date: 02/23/16 |

Initial Projected Date of Final Report (TFR): 03/31/17    Current Projected Date of Final Report (TFR): 03/31/17

/s/    R. SCOTT ALSTERDA
_____ Date: 11/21/16
R. SCOTT ALSTERDA

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 15-15892 -DRC | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | HEWITT, MICHAEL J | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2796 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3662 | | |
| For Period Ending: | 11/21/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/02/16 | 6 | Edward Jones<br>201 Progress Parkway<br>Maryland Heights, MO 63043 | Inheritance | 1129-000 | 79,730.99 | | 79,730.99 |
| 09/12/16 | 6 | Edward Jones<br>201 Progress Parkway<br>Maryland Heights, MO 63043 | Interest on Credit Balance | 1129-000 | 0.16 | | 79,731.15 |
| 10/14/16 | 030001 | Michael J. Hewitt<br>4278 N. Hazel Street<br>Apt. 3E<br>Chicago, IL 60613-1673 | Debtor Exemptions | 8100-000 | | 1,576.15 | 78,155.00 |
| 11/04/16 | 030002 | R. Scott Alsterda as Trustee<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Trustee Compensation | 2100-000 | | 7,157.75 | 70,997.25 |
| 11/04/16 | 030003 | R. Scott Alsterda as Trustee<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Trustee Expenses | 2200-000 | | 12.60 | 70,984.65 |
| 11/04/16 | 030004 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 3,656.50 | 67,328.15 |
| 11/04/16 | 030005 | US Dept. of Education | Claim 000001, Payment 44.43143% | 7100-000 | | 58,642.69 | 8,685.46 |

Page Subtotals 79,731.15 71,045.69

Ver: 19.06b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 15-15892 -DRC | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | HEWITT, MICHAEL J | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2796 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3662 | | |
| For Period Ending: | 11/21/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 530229<br>Atlanta, GA 30353-0229 | | | | | |
| 11/04/16 | 030006 | Wells Fargo Card Services<br>PO Box 9210<br>Des Moines, IA 50306 | Claim 000002, Payment 44.43145% | 7100-000 | | 8,685.46 | 0.00 |

|  |  | COLUMN TOTALS | 79,731.15 | 79,731.15 | 0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  |  | Subtotal | 79,731.15 | 79,731.15 | |
|  |  | Less: Payments to Debtors | | 1,576.15 | |
|  |  | Net | 79,731.15 | 78,155.00 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | | TOTAL - ALL ACCOUNTS | | | |
| | | Checking Account (Non-Interest Earn - *******2796 | 79,731.15 | 78,155.00 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| | | | 79,731.15 | 78,155.00 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/ R. SCOTT ALSTERDA

Trustee's Signature: _____ Date: 11/21/16

R. SCOTT ALSTERDA

Page Subtotals 0.00 8,685.46

Ver: 19.06b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*